**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION**

| | |
|---|---|
| **Encoditech LLC,** | Case No. 1:20-cv-1631-DLC |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Clover Network, Inc.,** | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to

dismiss this action **with prejudice**. Each party shall bear its own costs, expenses, and attorneys'

fees.

Dated: April 14, 2020          Respectfully submitted,


*/s/ Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff
Encoditech LLC**


*/s/ Cynthia J. Rigsby*
Cynthia J. Rigsby
**Foley & Lardner LLP**
777 East Wisconsin Avenue
Milwaukee, WI
(414) 297-5580
crigsvy@foley.com

1

**Counsel for Plaintiff**
**Clover Network, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 14, 2020, via the Court's CM/ECF system.

/s/ *Isaac Rabicoff*
Isaac Rabicoff