IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| **Encoditech LLC,**  Plaintiff,  v.  **Clover Network, Inc.,**  Defendant. | Case No. 1:20-cv-1631-DLC  Patent Case  Jury Trial Demanded |

### ~~[PROPOSED]~~ ORDER ON JOINT STIPULATION OF DISMISSAL

This matter is before the Court on both parties stipulation to dismiss this matter **with prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **with prejudice.**

SO ORDERED   April 15, 2020

_____
DENISE COTE
United States District Judge

4